1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAI HUYNH, | ) | No. C 08-4177 JF (PR) |
| Petitioner, | )<br>) | ORDER TO SHOW CAUSE; |
| | ) | GRANTING LEAVE TO |
| vs. | ) | PROCEED IN FORMA |
| | ) | PAUPERIS |
| FELKER, Warden, | ) | |
| Respondent. | )<br>) | (Docket Nos. 2, 5) |
| | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has applied for leave to proceed in forma pauperis.  The Court orders Respondent to show cause why the petition should not be granted.

**STATEMENT**

In 1999, Petitioner was convicted of first degree burglary, attempted robbery, and several counts of false imprisonment.  On January 29 2002, after the case had been remanded on appeal for resentencing, Petitioner was sentenced to a total term of 28 years in state prison.  The California Court of Appeal affirmed, and the California Supreme Court denied review.  Petitioner filed habeas petitions in the state superior court, state appellate court, and the state supreme court, all of which were denied.  Thereafter,

1   Petitioner filed the instant federal petition.

2                                **DISCUSSION**

3   **A.   Standard of Review**

4          This Court may entertain a petition for writ of habeas corpus "in behalf of a person

5   in custody pursuant to the judgment of a state court only on the ground that he is in

6   custody in violation of the Constitution or laws or treaties of the United States."  28

7   U.S.C. § 2254(a); <u>Rose v. Hodges</u>, 423 U.S. 19, 21 (1975).

8          A district court shall "award the writ or issue an order directing the respondent to

9   show cause why the writ should not be granted, unless it appears from the application that

10  the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

11  **B.   Petitioner's Claims**

12         As grounds for federal habeas relief, Petitioner claims that his sentence violates his

13  constitutional right to a jury trial and to due process because he was sentenced to an

14  aggravated term based on findings by the trial judge, not the jury.  Liberally construed,

15  Petitioner's claims are cognizable under § 2254.  The Court orders Respondent to show

16  cause why the petition should not be granted.

17                               **CONCLUSION**

18         1.     The Clerk shall serve by mail a copy of this order and the petition

19  and all attachments thereto upon the Respondent and the Respondent's attorney, the

20  Attorney General of the State of California.  The Clerk shall also serve a copy of this

21  order on the Petitioner.

22         2.     Respondent shall file with the Court and serve on Petitioner, **within ninety**

23  **days** of the date this order is filed, an answer conforming in all respects to Rule 5 of the

24  Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

25  not be granted.  Respondent shall file with the answer and serve on Petitioner a copy of

26  all portions of the state parole record that have been transcribed previously and that are

27  relevant to a determination of the issues presented by the petition.

28         If Petitioner wishes to respond to the answer, he shall do so by filing a traverse

1   with the Court and serving it on Respondent **within thirty days** of that the answer is

2   filed.

3          3.      Alternatively, Respondent may, within **ninety days** of the date this order is

4   filed, file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in

5   the Advisory Committee Notes to  Rule 4 of the Rules Governing Section 2254 Cases.  If

6   Respondent files such a motion, Petitioner shall file with the Court and serve on

7   Respondent an opposition or statement of non-opposition **within thirty days** of the date

8   the motion is filed, and Respondent shall file with the court and serve on Petitioner a

9   reply **within fifteen days** of the date any opposition is filed.

10          4.      It is Petitioner's responsibility to prosecute this case.  Petitioner is reminded

11   that all communications with the Court must be served on respondent by mailing a true

12   copy of the document to Respondent's counsel.  Petitioner must keep the Court and all

13   parties informed of any change of address by filing a separate paper captioned "Notice of

14   Change of Address."  He must comply with the Court's orders in a timely fashion.

15   Failure to do so may result in the dismissal of this action for failure to prosecute pursuant

16   to Federal Rule of Civil Procedure 41(b).

17          5.      Petitioner's application to proceed in forma pauperis is GRANTED.

18          This order terminates Docket Nos. 2 & 5.

19          IT IS SO ORDERED.

20   DATED: ___11/13/08_____

21                                         JEREMY FOGEL
                                      United States District Judge